<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1629**

———————

TODD D. RICHEY,

Petitioner,

versus

U.S. RAILROAD RETIREMENT BOARD,

Respondent.

———————

On Petition for Review of an Order of the Railroad Retirement Board.  (No. 00-AP-0031, WCA-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)

———————

Submitted:  October 12, 2000          Decided:  October 18, 2000

———————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Todd D. Richey, Petitioner Pro Se.  Catherine C. Cook, General Counsel, Karl Theodore Blank, III, Steven Alan Bartholow, Eric Todd Wooden, UNITED STATES RAILROAD RETIREMENT BOARD, Chicago, Illinois, for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Todd D. Richey seeks review of a Railroad Retirement Board decision affirming the Hearing Officer's decision to dismiss his action seeking additional retirement benefits. We have reviewed the record and the Board's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the Board. See Richey v. United States R.R. Retirement Bd., No. 00-AP-0031 (RRB Apr. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2